FILED

MAY 31 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDRICK ANTHONY DELGADO,<br><br>Defendant. | Case No.: 21-CR-03436-TWR<br><br>**ORDER TO DISMISS INFORMATION WITHOUT PREJUDICE AND JUDGMENT THEREON** |

The United States' Motion to Dismiss the Information (ECF No. 14) is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 5/31/22

HON. TODD W. ROBINSON
United States District Judge